**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10684 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00973-RCC |
| v. | |
| SERGIO MONTES-RAMIREZ, a.k.a. Sergio Ramirez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, District Judge, Presiding[**]

Submitted June 25, 2014[***]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Sergio Montes-Ramirez appeals from the district court's judgment and

challenges the 12-month sentence imposed following his guilty-plea conviction for

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The Honorable Linda R. Reade, Chief Judge for the Northern District of Iowa, sitting by designation.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Montes-Ramirez contends that the district court procedurally erred by basing his sentence on the clearly erroneous factual determination that his prior conviction was a sexual offense. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the court expressly declined to characterize Montes-Ramirez's prior crime as a sexual offense and imposed the sentence on the basis of Montes-Ramirez's criminal and immigration history.

**AFFIRMED.**